**RUSS, AUGUST & KABAT**
MARC A. FENSTER, State Bar No. 181067
E-mail: mfenster@raklaw.com
DAVID R. GABOR, State Bar No. 145729
E-mail: dgabor@raklaw.com
IRENE Y. LEE, State Bar No. 213625
E-mail: ilee@raklaw.com
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiffs PINKBERRY INC. and
PINKBERRY FRANCHISING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKBERRY, INC., a California corporation, and PINKBERRY FRANCHISING COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KIWIBERRI, a business entity form unknown; and JOHN BAE, an individual,<br><br>Defendants. | CASE NO. CV 06-7265 PA (JWJx)<br><br>Assigned Judge: Hon. Percy Anderson<br><br>[~~PROPOSED~~]<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION UPON CONSENT OF THE PARTIES** |

///
///
///
///
///
///
///
///

1   WHEREAS, Plaintiffs Pinkberry, Inc. and Pinkberry Franchising Company
2   ("Plaintiffs") use the word "Pinkberry" as a trademark or service mark in
3   conjunction with the sale or distribution of frozen yogurt;
4   WHEREAS, on November 14, 2006, Plaintiffs commenced the above-
5   captioned action ("Action") against Defendants ME & AC, Inc. dba Kiwiberri and
6   John Bae ("Defendants") alleging claims of trade dress infringement, trademark
7   infringement, false designation of origin, unfair competition, and dilution under
8   State and Federal law, which claims are based on, among other things, the use by
9   Defendants of the word "Kiwiberri" as a trademark or service mark in connection
10  with the sale or distribution of frozen yogurt;
11  WHEREAS, Plaintiffs and Defendants have reached a full and final
12  settlement of the Action, which settlement was memorialized in that certain Deal
13  Point Memo dated October 6, 2007 (the "Agreement");
14  WHEREAS, the Agreement provides, in pertinent part, that Defendants
15  consent to the entry of a permanent injunction enjoining their use of the word
16  "Kiwiberri" as a trademark or service mark in connection with the sale or
17  distribution of frozen yogurt in the event Defendants or any of ME & AC, Inc.'s
18  licensees fail or refuse to cease using the word "Kiwiberri" as a trademark or
19  service mark in conjunction with the sale or distribution of frozen yogurt by a
20  certain date as provided in the Agreement;
21  WHEREAS, the certain date provided in the Agreement is March 22, 2008;
22  WHEREAS, by now submitting this consent judgment to the Court Plaintiffs
23  assert that Defendants or a licensee of ME & AC, Inc. have failed or refused to
24  cease using the word "Kiwiberri" as a trademark or service mark in conjunction
25  with the sale or distribution of frozen yogurt as provided in the Agreement:
26  / / /
27  / / /
28  / / /

NOW THEREFORE it is,

**ORDERED, ADJUDGED AND DECREED** that:

1. this Court has jurisdiction over the subject matter of this Action and over the parties hereto;

2. Defendant ME & AC, Inc., and its officers, agents, servants, employees, and all other persons in active concert or participation with them, be and hereby are permanently restrained and enjoined from using the word "Kiwiberri" as a trademark or service mark in conjunction with the sale or distribution of yogurt products;

3. there shall be no award of damages, accounting of profits, or other monetary relief;

4. each party shall bear his, her, or its own costs, expenses, and attorneys' fees, except as provided in the Court's Order dated February 11, 2008 concerning Plaintiffs' Motion for Recovery of Attorneys' Fees; and

5. this judgment shall not constitute, nor shall it be construed as, an admission by any of the parties of the truth or validity of any of the claims or liabilities asserted in this action, or as an admission of any liability or responsibility therefore.

IT IS SO ORDERED.

Dated: May 28, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

```
 1 | Presented by:
 2 | RUSS AUGUST & KABAT
   | Marc A. Fenster
 3 | David R. Gabor
   | Irene Y. Lee
 4 |
 5 |
   | By: /s/ Marc A. Fenster
 6 | Marc A. Fenster
   | Attorneys for Plaintiffs PINKBERRY,
 7 | INC. and PINKBERRY FRANCHISING
   | COMPANY
 8 |
 9 |
10 |                        CONSENTS
11 | The undersigned parties to this action consent to the entry of this Final
12 | Judgment and Permanent Injunction upon Consent:
13 | PINKBERRY, INC.                    PINKBERRY FRANCHISING
   |                                    COMPANY
14 |
15 | By: /s/ Ron Graves                 By: /s/ Ron Graves
16 | Name: Ron Graves                   Name: Ron Graves
17 | Title: President                   Title: President
   |                                    Date: _____
18 | Date: _____
19 |
20 | ME & AC, Inc., dba KIWIBERRI       JOHN BAE
21 |
22 | By: /s/ Edward Manolos             By: /s/ John Bae
23 | Name: Edward Manolos               Name: John Bae
24 | Title: President                   Date: 3/3/08
25 | Date: 3/3/08
26 |
27 |
28 |
```